1  Michael K. Brown (SBN 104252)
   Email:   mkbrown@reedsmith.com
2  Reed Smith LLP
   355 South Grand Avenue
3  Suite 2900
   Los Angeles, CA  90071-1514
4  Telephone: +1 213 457 8000
   Facsimile: +1 213 457 8080
5
   Sonja S. Weissman (SBN 154320)
6  Email:   sweissman@reedsmith.com
   Steven J. Boranian (SBN 174183)
7  Email:   sboranian@reedsmith.com
   Reed Smith LLP
8  101 Second Street
   Suite 1800
9  San Francisco, CA  94105-3659
   Telephone: +1 415 543 8700
10 Facsimile: +1 415 391 8269

11 Attorneys for Defendants
   GlaxoSmithKline LLC (formerly known as
12 SmithKline Beecham Corporation d/b/a
   GlaxoSmithKline) and McKesson Corporation
13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16 SANTIAGO FLORES, et al.,            Case No. 3:13-cv-03153-JST

17                Plaintiffs,

18       vs.                           **JOINT STIPULATION AND [PROPOSED]
                                       ORDER EXTENDING TIME FOR
19 MCKESSON CORPORATION, et al.,       DEFENDANTS TO ANSWER
                                       COMPLAINT**
20                Defendants.
                                       Honorable Jon S. Tigar
21

22

23

24

25

26

27

28

Case No.  3:13-cv-03153-JST
JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER
COMPLAINT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## JOINT STIPULATION AND [PROPOSED] ORDER

Plaintiffs in this action, Defendant GlaxoSmithKline LLC, (f/k/a SmithKline Beecham Corporation d/b/a GlaxoSmithKline) ("GSK") and Defendant McKesson Corporation ("McKesson"), hereby submit, through their undersigned counsel of record, the following Stipulation and accompanying [Proposed] Order.

WHEREAS, Pursuant to Federal Rule of Civil Procedure 81(c)(2), Defendants GSK, and McKesson (collectively, "Defendants") have not yet answered the Plaintiffs' Complaint prior to removal of this case from San Francisco Superior Court on July 9, 2013.  Defendants have 21 days after "receiving--through service or otherwise--a copy of the initial pleading stating the claim for relief" and therefore have 21 days to Answer Plaintiffs' Complaint.  McKesson was served with Plaintiffs' Complaint on July 1, 2013.  GSK has not been served with Plaintiffs' Complaint.  GSK intends to file a Motion to Stay.  Plaintiffs intend to file a Motion to Remand.  (*See* Declaration of Steven J. Boranian ("Boranian Decl.") in Support of Joint Stipulation Extending Defendants' time to Answer Complaint ¶ 5)

WHEREAS, the parties, having met and conferred, pursuant to Civil L.R 6-3, jointly stipulate to and respectfully request that this Court extend the time for Defendants to Answer the Complaint until 30 days after entry of an order on Plaintiffs' Motion to Remand.  (*See* Boranian Decl. ¶ 6)

WHEREAS, the parties agree that good cause exists for the requested extension of time in order to serve the interests of judicial economy, efficiency, and fairness.  This action will either be remanded to the Superior Court of San Francisco or transferred to the Avandia MDL.  Therefore, in order to conserve the resources of the Court and the parties, all parties agree that Defendants' Answers should ultimately be filed in the San Francisco Superior Court or in the Avandia MDL.  (*See* Boranian Decl. ¶ 7)

WHEREAS, no party to this case has previously requested any time modifications in this action.  (*See* Boranian Decl. ¶ 8)

By the filing of this Joint Stipulation and Proposed Order, the Plaintiffs do not concede, and

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Defendant will not argue, that the federal courts have subject matter jurisdiction over this action because of the submission of this Joint Stipulation and Proposed Order.

WHEREAS, the requested relief would not cause any undue hardship, delay, or prejudice to either party or the Court and is warranted by the circumstances in this case. (*See* Boranian Decl. ¶ 9)

DATED: July 18, 2013

REED SMITH LLP
Michael K. Brown
Sonja S. Weissman
Steven J. Boranian

By: */s/ Steven J. Boranian*
Steven J. Boranian
Attorneys for Defendants
GlaxoSmithKline LLC (formerly known as SmithKline Beecham Corporation d/b/a GlaxoSmithKline) and McKesson Corporation

DATED: July 18, 2013

NAPOLI BERN RIPKA SHOLNIK & ASSOCIATES LLP

By: */s/ Marissa Langhoff*
Marissa Langhoff
Hunter J. Shkolnik
Attorneys for Plaintiffs

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), the undersigned attests that all signatories have concurred in the filing of this Joint Stipulation And [Proposed] Order Extending Time for Defendants to Answer Plaintiffs' Complaint.

DATED: July 18, 2013

REED SMITH LLP
Michael K. Brown
Sonja S. Weissman
Steven J. Boranian

By: */s/ Steven J. Boranian*
　　Steven J. Boranian
　　Attorneys for Defendants
　　GlaxoSmithKline LLC (formerly known as
　　SmithKline Beecham Corporation d/b/a
　　GlaxoSmithKline) and McKesson Corporation

Case No. 3:13-cv-03153-JST                    -3 -
JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER COMPLAINT

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: July 18, 2013

_____
Honorable Jon S. Tigar
United States District Judge

Case No. 3:13-cv-03153-JST                -4 -
JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER COMPLAINT